# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| **Debtor(s) Name** | **For Court Use Only** |
|---|---|
| **Plaintiff**<br><br>Jorge Reynoso | **FILED**<br><br>May 9, 2006<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY JCI DEPUTY CLERK |
| **Defendant**<br><br>Rodolfo Charles Demordaigle | |
| **Chapter:** 7<br><br>**Case Number:**  1:05–bk–12292–MT<br><br>**Adversary Number:**  1:05–ap–01257–MT | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 5/9/06*                                                                                *By Order of the United States Bankruptcy Court*

**Jon D. Ceretto**
*Clerk of Court*

25/ JCI